IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**KERRY QUATTLEBAUM,**

        Petitioner,

vs.                                          21-CV-374-JFH-KEW

**SCOTT CROW, Warden,**

        Respondent.

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the Court's attention that Petitioner was convicted in Grady County, Oklahoma, which is located within the territorial jurisdiction of the Western District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

THEREFORE, this action is TRANSFERRED to the United States District Court for the Western District of Oklahoma. *See* 28 U.S.C. § 2241(d).

Dated this 27th day of January 2022.

                                                  JOHN F. HEIL, III
                                                  UNITED STATES DISTRICT JUDGE